UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BASIL ARMSTRONG LEDGISTER, Petitioner | CIVIL DOCKET NO. 1:20-CV-01158-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WILLIAM JOYCE, *ET AL*, Respondents | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Petitioner's Motion for Temporary Restraining Order (ECF No. 1) enjoining Respondents from transferring him while his § 2241 Petition is pending is DENIED.

THUS DONE AND SIGNED in Chambers, this 19th day of October, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE