UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BASIL ARMSTRONG LEDGISTER, Petitioner | CIVIL DOCKET NO. 1:20-CV-01158-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WILLIAM JOYCE, ET AL, Respondents | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers, this 1st day of December, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE